**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NAOMI R. TAYLOR　　　　　　　　　　　Chapter 13

　　　　　　　　Debtor　　　　　　Bankruptcy No. 15-11615-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

　　**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

　　**ORDERED**, that any wage orders are hereby vacated.

**Date: September 20, 2016**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Eric L. Frank
　　　　　　　　　　　　　　　　　ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Debtor:
NAOMI R. TAYLOR

1956 PLYMOUTH STREET

PHILADELPHIA, PA 19138