```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                            Case No. 15-11615-elf
Naomi R. Taylor                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi                Page 1 of 2              Date Rcvd: Sep 20, 2016
                               Form ID: pdf900            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
```
db             +Naomi R. Taylor,    1956 Plymouth Street,    Philadelphia, PA 19138-2722
13563012        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13486321       ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015)
13486318       +KML Law Group,    Attn: Cristina Lynn Connor, Esq.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13551718       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13514827       +MidFirst Bank,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13486319       +Midland Mortgage Company/Mid First Bank,    ATTENTION: BANKRUPTCY,    PO BOX 26648,
                 OKLAHOMA CITY, OK 73126-0648
13486320       +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13492702       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13486322       +VERIZON,    500 TECHNOLOGY DR,    WELDON SPRING, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 21 2016 01:59:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2016 01:58:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2016 01:59:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13486314       +E-mail/Text: broman@amhfcu.org Sep 21 2016 01:59:03     American Heritage Credit Union,
                 2060 Red Lion Road,    Philadelphia, PA 19115-1699
13531229        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2016 01:58:33
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13486315       +E-mail/Text: bankruptcynotices@cbecompanies.com Sep 21 2016 01:59:06     CBE GROUP,
                 1309 TECHNOLOGY PKWY,    CEDAR FALLS, IA 50613-6976
13589537        E-mail/Text: bankruptcy@phila.gov Sep 21 2016 01:59:11     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13486316        E-mail/Text: bankruptcy@phila.gov Sep 21 2016 01:59:11     City of Philadelphia,
                 Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
                 Philadelphia, PA 19102-1595
13648549       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Sep 21 2016 01:58:45
                 Christian A. DiCicco, Esq.,    Law Offices of Christian A. DiCicco,    2008 Chetsnut Street,
                 Philadelphia, PA 19103-4535
13486317       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 21 2016 01:59:16     DIVERSIFIED CONSULTANT,
                 10550 DEERWOOD PARK BLVD,    JACKSONVILLE, FL 32256-0596
                                                                                               TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Randi                  Page 2 of 2                  Date Rcvd: Sep 20, 2016
                               Form ID: pdf900              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
            CHRISTIAN A. DICICCO    on behalf of Debtor Naomi R. Taylor cdicicco@myphillybankruptcylawyer.com,
             christianadicicco@gmail.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
            WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
             philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAOMI R. TAYLOR                             Chapter 13

              Debtor              Bankruptcy No. 15-11615-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: September 20, 2016**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103


Debtor:
NAOMI R. TAYLOR

1956 PLYMOUTH STREET

PHILADELPHIA, PA 19138